**Order entered August 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00776-CV

### KSADD, LLC, Appellant

### V.

### JOAN WILLIAMS, Appellee

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-14-03455-D**

## ORDER

We **GRANT** appellant's August 21, 2015 unopposed motion for an extension of time to file a brief. Appellant shall file a brief by **SEPTEMBER 22, 2015**. We caution appellant that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
JUSTICE